**Original Filed 1/5/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEVORAH GENEVA ST. JEROME WHITE,<br><br>Plaintiff,<br><br>v.<br><br>CAPITOLA POST OFFICE, et. al.,<br><br>Defendants. | Case Number C 06-06039 JF<br><br>ORDER[1] CLARIFYING PRIOR ORDER<br><br>[re: docket no. 48] |

On December 22, 2006, the Court issued an order granting multiple motions to dismiss. That order referred to a motion hearing scheduled for January 22, 2007, and ordered it vacated. The order should have referred to the motion hearing scheduled for January 12, 2007. That hearing date is vacated. In order to minimize the prejudice suffered by the parties, the Court will extend the deadline for filing opposition to the motions[2] until January 12, 2007. Any reply should be filed by January 19, 2007.

---

[1] This disposition is not designated for publication and may not be cited.

[2] The motions at issue are those filed by the Public Defender's Office (docket number 38) and the State Judicial Defendants (docket number 19) which has been joined by the Commissioner of Judicial Performance (docket number 47).

Case No. C 06-06039 JF
ORDER CLARIFYING PRIOR ORDER
(JFLC1)

1  The Court also postpones the January 12, 2007, case management conference until
2  February 16, 2007.
3
4  IT IS SO ORDERED.
5
6  DATED: January 5, 2007.

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 06-06039 JF
ORDER CLARIFYING PRIOR ORDER
(JFLC1)

1  This Order has been served upon the following persons:

2  Chinhayi J. Coleman         chinhayi.j.coleman@usdoj.gov

3  Paul T. Hammerness          paul.hammerness@doj.ca.gov

4  Mark J. Hancock             mark.hancock@sdma.com, steven.wasserman@sdma.com;
                               marion.tate@sdma.com
5

   George J. Kovacevich        szieber@abc-law.com
6
   Steven D. Wasserman         steven.wasserman@sdma.com, Rhonda.Gillis@sdma.com;
7                              sdmacalendaring@sdma.com; kara.rohe@sdma.com;
                               rachel.pelletier@sdma.com; eric.seidlitz@sdma.com;
8                              marlene.adelman@sdma.com

9  Notice will be delivered by other means to:

10 Erik Ryan Seidlitz
   Sedgwick, Detert, Moran & Arnold LLP
11 Steuart Tower
   1 Market Plz 8th Fl
12 San Francisco, CA 94105

13 Devorah Geneva St Jerome White
   208-1/2 California Avenue
14 Capitola, CA 95010

3

Case No. C 06-06039 JF
ORDER CLARIFYING PRIOR ORDER
(JFLC1)