**Original Filed 1/4/2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEVORAH GENEVA ST. JEROME WHITE,<br><br>Plaintiff,<br><br>v.<br><br>CAPITOLA POST OFFICE, et al.,<br><br>Defendants. | Case Number C 06-06039 JF<br><br>JUDGMENT |

Defendants Capitola Post Office; Rich Araujo; Tina Brown; Howard Quinn; Q.P. Howard; U.S. Postal Service & Inspection, San Jose; U.S. Postal Service, San Francisco; U.S. Postal Center, San Francisco; U.S. Postal Service Consumer Affairs, Oakland; City of Santa Cruz; City of Capitola; Capitola Police Department; and Officer Mark Gonzalez have moved to dismiss the claims against them.  Having considered their arguments and a decision having been rendered,

IT IS HEREBY ORDERED that judgment be entered for these Defendants.

DATED: December 27, 2006.

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-06039 JF
JUDGMENT
(JFLC1)

1 | Copies of this Judgment have been served upon the following persons:

2 | Chinhayi J. Coleman     chinhayi.j.coleman@usdoj.gov

3 | Paul T. Hammerness     paul.hammerness@doj.ca.gov

4 | Mark J. Hancock     mark.hancock@sdma.com, steven.wasserman@sdma.com; marion.tate@sdma.com

5 |

6 | George J. Kovacevich     szieber@abc-law.com

7 | Steven D. Wasserman     steven.wasserman@sdma.com, Rhonda.Gillis@sdma.com; sdmacalendaring@sdma.com; kara.rohe@sdma.com; rachel.pelletier@sdma.com; eric.seidlitz@sdma.com;

8 | marlene.adelman@sdma.com

9 | Notice will be delivered by other means to:

10 | Erik Ryan Seidlitz
Sedgwick, Detert, Moran & Arnold LLP

11 | Steuart Tower
1 Market Plz 8th Fl

12 | San Francisco, CA 94105

13 | Devorah Geneva St Jerome White
208-1/2 California Avenue

14 | Capitola, CA 95010

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-6039 JF
JUDGMENT
(JFLC1)