**Original Filed 5/21/2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEVORAH GENEVA ST. JEROME WHITE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITOLA POST OFFICE, et al.,<br><br>　　　　　　　Defendants. | Case Number C 06-06039 JF<br><br>JUDGMENT |

　　Defendants Santa Cruz County District Attorney Bob Lee and the Santa Cruz County District Attorney's Office have moved to dismiss the claims against them. Having considered their arguments and a decision having been rendered,

　　IT IS HEREBY ORDERED that judgment be entered in favor of the Moving Defendants.

DATED: May 21, 2008.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. C 06-06039 JF
JUDGMENT
(JFLC1)

| | | |
|---|---|---|
| 1 | Copies of this Judgment have been served upon the following persons: | |
| 2 | Chinhayi J. Coleman | chinhayi.j.coleman@usdoj.gov |
| 3 | Paul T. Hammerness | paul.hammerness@doj.ca.gov |
| 4 | Mark J. Hancock | mark.hancock@sdma.com, steven.wasserman@sdma.com; marion.tate@sdma.com |
| 5 | | |
| 6 | George J. Kovacevich | szieber@abc-law.com |
| 7 | Steven D. Wasserman | steven.wasserman@sdma.com, Rhonda.Gillis@sdma.com; sdmacalendaring@sdma.com; kara.rohe@sdma.com; rachel.pelletier@sdma.com; eric.seidlitz@sdma.com; marlene.adelman@sdma.com |
| 8 | | |

Notice will be delivered by other means to:

Erik Ryan Seidlitz
Sedgwick, Detert, Moran & Arnold LLP
Steuart Tower
1 Market Plz 8th Fl
San Francisco, CA 94105

Devorah Geneva St Jerome White
208-1/2 California Avenue
Capitola, CA 95010

2

Case No. C 06-6039 JF
JUDGMENT
(JFLC1)